State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 65668674
Case Number: 20EV002533
Date: Jun 01 2020 02:46PM
LeNora Ponzo, Chief Clerk
Civil Division

# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 20EV002533 | state court of fulton county | fulton, ga | 4515755 (1421) |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Teri Fields, as putative Administratrix of the Estate of Joeann Snead, Deceased, and Catolyn Merriweather, Individually, as Surviving Child of JoAnn Snead, deceased | Arbor Terrace at Cascade LLC, The Arbor Barrington Company d/b/a The Arbor Company, The Arbor CP LLC, The Arbor Holding Company LLC, Arbor Management Services LLC, John Doe 1, and Audrienne Stevens |

| Received by: | For: |
|---|---|
| Chilton Gibbs and Associates, LLC | Davis Bozeman Law |

| To be served upon: |
|---|
| Audrienne Stevens |

I, Thomas David Gibbs III, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Audrienne Stevens, 1001 Research Center Atlanta Dr SW, Atlanta, GA 30331-2019
Manner of Service: Personal/Individual, May 22, 2020, 11:32 am EDT
Documents: Summons, Complaint, Rule 5.2 Certificate of Service, Plaintiffs First Request for Admissions of Fact to Defendant Arbor Management Services LLC, Plaintiffs First Request for Admissions of Fact to Defendant The Arbor Barrington Company d/b/a The Arbor Company, Plaintiffs First Request for Admissions of Fact to Defendant Arbor Terrace at Cascade, Plaintiffs First Request for Admissions of Fact to Defendant The Arbor CP LLC, Plaintiffs First Request for Admissions of Fact to Defendant The Arbor Holding Company LLC, Plaintiffs First Request for Admissions of Fact to Defendant Audrienne Stevens, Plaintiffs First Request for Production of Documents to Defendant The Arbor Barrington Company d/b/a The Arbor Company, Plaintiffs First Request for Production of Documents to Defendant Arbor Management Services LLC, Plaintiffs First Request for Production of Documents to Defendant The Arbor CP LLC, Plaintiffs First Request for Production of Documents to Defendant The Arbor Holding Company LLC, Plaintiffs First Request for Production of Documents to Defendant Arobr Terrace at Cascade LLC, Plaintiffs First Interrogatories to Defendant Arbor Terrace at Cascade LLC, Plaintiffs First Interrogatories to Defendant Audeienne Stevens, Plaintiffs First Request for Production of Documents to Defendant Audrienne Stevens, Plaintiffs First Request for Production of Documents to Defendant Arbor Management Services LLC, Plaintiffs First Interrogatories to Defendant The Arbor CP LLC, Plaintiffs First Interrogatories to Defendant The Arbor Holding Company LLC, Plaintiffs First Interrogatories to Defendant the Arbor Barrington Company d/b/a The Arbor Company, (Received May 4, 2020 at 12:50pm EDT)

Additional Comments:
1 Unsuccessful Attempt: May 6, 2020, 5:08 pm EDT at 7017 Roseland Cir, Douglasville, Ga 30134
address does not exist

2) Unsuccessful Attempt: May 21, 2020, 8:34 pm EDT at 7017 Roselake Cir, Douglasville, GA 30134-1676
unable to gain access to the gate

3) Successful Attempt: May 22, 2020, 11:32 am EDT at 1001 Research Center Atlanta Dr SW, Atlanta, GA 30331-2019 received by Audrienne Stevens. Age: 50-55; Ethnicity: African American; Gender: Female; Weight: 140; Height: 5'5"; Defendant positively identified self at time of service.

_Thomas David Gibbs III_    Date: 6/1/2020

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public: _Craig Beaver_    Date: 6/1/2020    Commission Expires: 11/25/22

(Notary seal: CRAIG BEAVER, NOTARY, EXPIRES NOV 25 2022, GEORGIA, GWINNETT COUNTY)

Chilton Gibbs and Associates, LLC
723 Main Street
Stone Mountain, GA 30083
404-368-3049

**Exhibit "B"**



IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

FILED IN OFFICE
JAN 0 6 2020
DEPUTY CLERK STATE COURT
FULTON COUNTY, GA

Administrative Order #: 20EX000027

IN RE: ORDER FOR APPOINTMENT FOR SERVICE OF PROCESS

It appearing that the State Court of Fulton County has read and considered petitions and criminal records for the persons listed below, and the same having met certification requirements, this Court hereby allows the same to serve process for State Court proceedings,

IT IS HEREBY ORDERED that the following persons:

ABRAHAM, ROBYN L.
ACREE, WILL
ADAMS JR., JOHN G.
AGUIRRE, ANTUAN SAUL
ALLEN, LEKEITA
ANDERSON, WILLIAM J.
ANDREWS, GENE
BAILEY, ANNA
BARNEY, STEVEN MICHAEL
BARRON, SHANE
BARRY, PAUL
BASHAM, JAMES STEVEN
BENITO, RICHARD
BLACKMON, JAMES ERIC
BOLLING, KATHERINE D.
BRAZEMAN, CRAIG
BRILEY, DONNIE
BRYANT, SHEMIKA
BUNCH, KIM
BUTTS, KIMBERLY L.
BYER, EDMOND J.
CARITHERS, GREGORY ALLEN
CHASTAIN, MIKE
CHRISTIAN, SEKLECKI
CLEMMONS, JOYCE
CLINE, TRAVIS
COCHRANE, BABETTE
CONRAD, CHRISTINA
COOKS, CHRIS
CUNNINGHAM, SALLY
DAMBACH-CIRKO, PATRICIA
DANIELS, ALYSA
DANIELS, SONIA
DAVENPORT, ALTERICK
DAVIDSON, DANNY D.
DAVIDSON, MITCHELL
DAY, DUANE D.
DOLBIER, JEFFREY A.
DREEMAN, DOUG
EARTHRISE, ROCHELLE
ECHOLS, ERIC
ECHOLS, PATRICIA IZETTA
ELLIOTT, MAURICE
FAULKNER, DANA
FAZZIO, DEDREA L.
FERRERO, AMY L.
FITZGERALD, FLORETTA
FOGLE, JOHNNY COLVIN

FOLDS, CATHERINA PILAR
FOLDS, GEORGE LARRY
FORD, RONNIE
FOX, JUHANI A.
FRANKLIN, ANTHONY K.
FREESE, JESSICA
FULLER, THOMAS WAYNE
GARRETT, THOMAS L.
GAYLE, EARL WINSTON
GEORGE, RANDAL
GIBBS III, THOMAS DAVID
GILES, HERBERT
GREEN, ANJENAI G.
GREENWAY, KIMBERLY
GRIMSHAW, SHANE
GRUHN, TAMMIE B.
HALL, JUSTIN
HANDLEY, WILEY DEAN
HARRIS, PARKS W.
HASSAN JR., MUSHIN SHAHID
HASSAN, MUHSIN S.
HEIMERICH, RICHARD PAUL
HIGHSMITH, AMOS M.
HIGHTOWER SR., ANTHONIO
HILL, HOLLIS JEROME
HINES, JAMES W.
HORTON, CHRISTOPHER T.
HUDSON, HAKIMAH B.
HUDSON, KYLE W.
HUGULEY, CK ADONNI
HUMPHREY, JOVIERA
JAMES, FRANK
JENKINS, STEPHANIE
JOHNSON, EARL
KAHSSU, HAILE
KIDD, ELIZABETH A.
KING, AMOS
KIRKLAND, SHIRLEY P.
KOTLAR, MICHAEL
LANGFORD, NAN
LAUSMAN, MARSHA
LAYTON, ERIC B.
LETTS, WILLIAM E.
LEWIS, KEVIN
LOBIN, JEROME W.
LOUIS, CLYDE A.
LUTWACK, WILLIAM C.
MAGGARD, ANDREW

MALLAS, NICHOLAS
MCCLELLAN, RODNEY J.
MCGAHEE, LARRY
MCLAIN, GREGORY
MITCHELL, KEVIN J.
MORGAN, TODD
MORRISON, ZURI
MOSS, CYNTHIA
MUHAMMAD-HAQQ, AZIZAH
MURPHY, GREGORY B.
MURRAH, JUANQUALO D.
NICHOLS, JEAN G.
NICHOLS, LATHAN O.
NOLEN, MILTON
NOWIK, DENNIS
O'BRIEN, CHRIS
O'LEARY, CHRISTINE
PALMER, ALITA
PANNELL, NICOLE
PARKER, ADAM
PARKER, ATARI
PERKINS, KAREN L.
PITTS, ROCHELLE
QUINN, WILLIAM
RANSOME, MAURICE
RAUSER, JAYNE
RECKERSDREES, THOMAS
REDDICK, DERRICK
RHODES, KATHRYN
RICE, ROBERT
RICHARDSON, LEROY A.
RIVERS, MICHAEL T.
ROBINSON, JEROY
RUDDOCK, MARGARET
RUTLEDGE, RONALD
SADLER JR., JOHN
SANDERS, SHAKILLA TERIA
SANDOVAL, ANTHONY
SAXON, JASMINE
SAXON, RASHAD
SAXON, ROBIN L.
SAXON, VIRGINIA L.
SHADIX, JIMMY P. JR.
SHEPHERD, ELIZABETH
SIBBALD, JOHN
SINGLETON, WESLEY
SMITH JR., BRUCE R.
SMITH, ELIZABETH

SMITH, RONALD L.
SNELLINGS, SHARON
SPEARS, JOYE L.
STANTON, CHRISTOPHER
STARKS, MARC A.
STEWART, RONNIE
STINYARD, KELVIN L.
STONE, ALESIA
STONE, RODNEY D.
SWINDLE, FRANK
SWINGER, INA
TAMAROFF, PAUL K.
TASSAW, BERHANE
THOMPSON, VANESSA
THRASH, NANCY
TORT, HENRY
TUCKER, PAUL
TUTTLE, GARRY L.
UNDERWOOD, ROBERT
VELASQUEZ, JULIUS
WALLS, DAWN R.
WASHINGTON, SABRINA
WATT, ROOSEVELT
WEBBER, MELINA
WEEKS, FRANCES MARIAN
WEST, ERIC N.
WILLIAMS, LAVERN A.
WOLFE, LISA
WRIGHT, CHRISTOPER
ZAYAS, ROBERTO

be appointed and authorized to serve as Permanent Process Servers for the calendar year of 2020, without the necessity of an order for appointment in each individual case.

SO ORDERED, this _____ day of January, 2020.

Chief Judge Fred C. Eady, Fulton County State Court