# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TERI FIELDS, as Putative Administratrix of the Estate of JOEANN SNEAD, Deceased, and Catolyn Merriweather, Individually, as surviving child of JoeAnn Snead, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>ARBOR TERRACE AT CASCADE, LLC; THE ARBOR BARRINGTON COMPANY, LLC d/b/a THE ARBOR COMPANY, THE ARBOR CP, LLC, THE ARBOR HOLDING COMPANY, LLC, ARBOR MANAGEMENT SERVICES, LLC, JOHN DOE NO. 1 and AUDRIENNE STEVENS,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>1:20-CV-02346 - TCB |

## AMENDED JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

COME NOW, Plaintiffs in the above-styled civil action and amend the

Joint Preliminary Report and Discovery Plan to reflect Plaintiffs' counsel of record.

**3. Counsel:**

The following individually-named attorneys are hereby designated as lead counsel for the parties:

    Plaintiffs:        Harold W. Spence
                           Mawuli M. Davis
                           Tiffiney D. Hodge
                           Davis Bozeman Law Firm, P.C.
                           4153-C Flat Shoals Parkway
                           Suite 332
                           Decatur, GA 30034

Respectfully submitted this 30th day of September, 2020.

                                        DAVIS BOZEMAN LAW FIRM, P.C.

                                        /s/ *HAROLD W. SPENCE*
                                        HAROLD W. SPENCE
                                        Georgia Bar No. 671150
                                        MAWULI M. DAVIS
                                        Georgia Bar No. 212029
                                        TIFFINEY D. HODGE
                                        Georgia Bar No. 519481
                                        *Attorneys for Plaintiffs*

4153-C Flat Shoals Parkway
Suite 332
Decatur, GA 30034
Tel: 404-244-2004
Fax: 404-244-2020
Email: hspence@davisbozemanlaw.com
Email: mdavis@davisbozemanlaw.com
Email: thodge@davisbozemanlaw.com

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I have this day served a copy of the within and foregoing electronically filed the within and foregoing **AMENDED JOINT PRELIMINARY REPORT AND DISCOVERY PLAN** with the Clerk of Court using the CM/ECF system (which document was prepared in Times New Roman font, 14-point type, one of the font and point selections approved by the Court in N.D. Ga. L. R. 5.1(C)), which will automatically send e-mail notification of such filing to the following attorneys of record:

**John E. Hall, Jr.**
**T. Andrew Graham**
**Teresa Pike Tomlinson, Esq.**
**Hall Booth Smith, P.C.**
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775

Respectfully submitted, this 30th day of September, 2020.

/s/ Harold W. Spence
HAROLD W. SPENCE
Georgia Bar No. 671150
hspence@davisbozemanlaw.com
MAWULI M. DAVIS
Georgia Bar No. 212029
mdavis@davisbozemanlaw.com
TIFFINEY D. HODGE
Georgia Bar No. 519481
thodge@davisbozemanlaw.com

The Davis Bozeman Law Firm, P. C.
4153-C Flat Shoals Parkway
Suite 332
Decatur, Georgia 30034
(404) 244-2004 (Office)
(404) 244-2020 (Fax)
*Attorneys for Plaintiffs*