# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TERI FIELDS, as Putative Administratrix of the Estate of JOEANN SNEAD, Deceased, and Catolyn Merriweather, Individually, as surviving child of JoeAnn Snead, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>ARBOR TERRACE AT CASCADE, LLC; THE ARBOR BARRINGTON COMPANY, LLC d/b/a THE ARBOR COMPANY, THE ARBOR CP, LLC, THE ARBOR HOLDING COMPANY, LLC, ARBOR MANAGEMENT SERVICES, LLC, JOHN DOE NO. 1 and AUDRIENNE STEVENS,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br><br>1:20-CV-02346-TCB |

## JOINT MOTION FOR STAY OF DISCOVERY

COME NOW, Plaintiffs and Defendants (collectively "Parties") and jointly move this Court for a stay of discovery showing this Court as follows.

On August 31, 2020, Plaintiffs filed their Motion to Remand [Doc. 22]. Thereafter, on September 14, 2020, Defendants filed their Response in

1

Opposition to Plaintiffs' Motion to Remand. [Doc. 30]. On September 25, 2020, Defendants filed their Motion for Oral Argument in Opposition to Plaintiffs' Motion to Remand as Complete Preemption Applies to this Matter and Establishes Federal Subject Matter Jurisdiction. [Doc. 34]. Plaintiffs filed their Reply to Defendants' Response in Oppositions to Plaintiffs' Motion to Remand and Response in Opposition of Defendants' Motion for Oral Argument on September 28, 2020 [Doc. 36, 37].

Given the uncertainty surrounding whether this matter will remain before this Court the parties hereby respectfully request that discovery be stayed until this Court has ruled on the Plaintiffs' Motion to Remand.

Respectfully submitted this 6th day of October, 2020.

|  | **HALL BOOTH SMITH, P.C.** |
|---|---|
| */s/ Harold W. Spence* |  |
| Harold W. Spence | /s/ *TERESA PIKE TOMLINSON* |
| Mawuli Mel Davis | JOHN E. HALL, JR. |
| Tiffiney D. Hodge | Georgia Bar No. 319090 |
| The Davis Bozeman Law Firm, P.C. | T. ANDREW GRAHAM |
| 4153-C Flat Shoals Parkway, Suite 332 | Georgia Bar No. 304777 |
| Decatur, Georgia 30034 | TERESA PIKE TOMLINSON |
| Email: hspence@davisbozemanlaw.com | Georgia Bar No. 466930 |
| Email: mdavis@davisbozemanlaw.com | LEESA M. GUARNOTTA |
| Email: thodge@davisbozemanlaw.com | Georgia Bar No. 342984 |

*Attorneys for Plaintiffs*

*Signed with Express Permission by Teresa Pike Tomlinson*

191 Peachtree Street, N.E., Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: [jhall@hallboothsmith.com](mailto:jhall@hallboothsmith.com)
Email: [agraham@hallboothsmith.com](mailto:agraham@hallboothsmith.com)
Email: [ttomlinson@hallboothsmith.com](mailto:ttomlinson@hallboothsmith.com)
Email: [lguarnotta@hallboothsmith.com](mailto:lguarnotta@hallboothsmith.com)

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TERI FIELDS, as Putative Administratrix of the Estate of JOEANN SNEAD, Deceased, and Catolyn Merriweather, Individually, as surviving child of JoeAnn Snead, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>ARBOR TERRACE AT CASCADE, LLC; THE ARBOR BARRINGTON COMPANY, LLC D/B/A THE ARBOR COMPANY, THE ARBOR CP, LLC, THE ARBOR HOLDING COMPANY, LLC, ARBOR MANAGEMENT SERVICES, LLC, JOHN DOE NO. 1, AND AUDRIENNE STEVENS,<br><br>Defendants. | CIVIL ACTION FILE NO.:<br><br>1:20-CV-02346-TCB |

**CERTIFICATE OF COMPLIANCE**

The foregoing **Joint Motion for Stay of Discovery** is double spaced in 14-point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 5.1(B)(3) and 7.1(D).

1

Respectfully submitted this 6th day of October, 2020.

                                    **HALL BOOTH SMITH, P.C.**

                                    /s/ *TERESA PIKE TOMLINSON*
                                    JOHN E. HALL, JR.
                                    Georgia Bar No. 319090

191 Peachtree Street, N.E., Suite 2900   T. ANDREW GRAHAM
Atlanta, GA 30303-1775                        Georgia Bar No. 304777
Tel: 404-954-5000                              TERESA PIKE TOMLINSON
Fax: 404-954-5020                             Georgia Bar No. 466930
Email: jhall@hallboothsmith.com         LEESA M. GUARNOTTA
Email: agraham@hallboothsmith.com     Georgia Bar No. 342984
Email: ttomlinson@hallboothsmith.com
Email: lguarnotta@hallboothsmith.com    *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TERI FIELDS, as Putative Administratrix of the Estate of JOEANN SNEAD, Deceased, and Catolyn Merriweather, Individually, as surviving child of JoeAnn Snead, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>ARBOR TERRACE AT CASCADE, LLC; THE ARBOR BARRINGTON COMPANY, LLC D/B/A THE ARBOR COMPANY, THE ARBOR CP, LLC, THE ARBOR HOLDING COMPANY, LLC, ARBOR MANAGEMENT SERVICES, LLC, JOHN DOE NO. 1, AND AUDRIENNE STEVENS,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br><br>1:20-CV-02346-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Joint Motion for Stay of Discovery** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to

3

the following parties of record below and by depositing a true copy of the same in

the U.S. Mail, with adequate postage affixed thereon, addressed as follows:

> Harold W. Spence
> Mawuli Mel Davis
> Tiffiney D. Hodge
> The Davis Bozeman Law Firm, P.C.
> 4153-C Flat Shoals Parkway, Suite 332
> Decatur, Georgia 30034

Respectfully submitted this <u>6th</u> day of October, 2020.

**HALL BOOTH SMITH, P.C.**

/s/ *TERESA PIKE TOMLINSON*
JOHN E. HALL, JR.
Georgia Bar No. 319090
T. ANDREW GRAHAM
Georgia Bar No. 304777
TERESA PIKE TOMLINSON
Georgia Bar No. 466930
LEESA M. GUARNOTTA
Georgia Bar No. 342984

191 Peachtree Street, N.E., Suite 2900
Atlanta, GA 30303-1775
Tel: 404-954-5000
Fax: 404-954-5020
Email: jhall@hallboothsmith.com
Email: agraham@hallboothsmith.com
Email: ttomlinson@hallboothsmith.com
Email: lguarnotta@hallboothsmith.com

*Attorneys for Defendants*