# IN THE UNITED DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TERI FIELDS, as Putative Administratrix of the Estate of JOEANN SNEAD, Deceased, and Catolyn Merriweather, Individually, as surviving child of JoeAnn Snead, Deceased,<br><br>    Plaintiff,<br>v.<br><br>ARBOR TERRACE AT CASCADE, LLC; THE ARBOR BARRINGTON COMPANY, LLC d/b/a THE ARBOR COMPANY, THE ARBOR CP, LLC, THE ARBOR HOLDING COMPANY, LLC, ARBOR MANAGEMENT SERVICES, LLC, JOHN DOE NO. 1 and AUDRIENNE STEVENS,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br><br>1:20-CV-02346-TCB |

## **[PROPOSED] ORDER STAYING DISCOVERY**

Upon review and consideration of the Parties' Joint Motion for Stay of Discovery,

IT IS HEREBY ORDERED that discovery is stayed pending this Court's resolution of Plaintiffs' Motion to Remand.

**IT IS SO ORDERED** this ___ day of October, 2020.

                                                              _____
                                                              Timothy C. Batten, Sr.
                                                              United States District Court Judge